| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Christopher Rawsthorne<br>Special Agent: David Alley | Telephone: (313) 226-9100<br>Telephone: (313) 226-0500 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>John David Evans | Case: 2:21−mj−30276<br>Assigned To : Unassigned<br>Assign. Date : 6/4/2021<br>Description: RE: JOHN DAVID EVANS (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 31, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Receipt of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David M. Alley, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 4, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__   Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR AN ARREST WARRANT**</u>

I, David M. Alley, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) in Detroit, Michigan with offices located at 477 Michigan Ave, Suite 1850, Detroit, Michigan. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification.

1

2. This affidavit is made in support of a criminal complaint and arrest warrant for **John David Evans** (DOB XX/XX/1990) for violations of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(a)(2), which criminalize, among other things, the possession and receipt of child pornography and other related materials.

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for **John David Evans.**

## PROBABLE CAUSE

4. On or about May 31, 2021, Hamtramck Police Officers were contacted by a concerned citizen (hereafter CC) who wanted to report a possible case of the sexual exploitation of a child. CC disclosed his name and his identity is known to me. CC stated that an individual who he met on the Jack'd dating app, an individual later identified as Evans through photographs on his dating app profile, IP Address information, and a phone number registered to Evans, propositioned CC to have sex with a 10-year-old boy. CC stated that he did not observe this 10-

year-old boy at the residence. CC stated that Evans showed him videos of the 10-year-old boy that was being offered for sex. CC stated that the adult male showed him multiple other pictures and videos, estimated in the hundreds, of an unknown subject having sex with underage children.

5.　Later investigation from information provided by CC, the Jack'd dating application, IP address information, and phone number led me to determine that the individual reported by CC was Evans and that he resided at an address in Hamtramck, Michigan.

6.　On June 3, 2021, the Honorable Anthony P. Patti, United States Magistrate Judge, authorized a search warrant for Evans residence. I, along with other HSI agents and Hamtramck Police Officers, executed this search warrant on June 4, 2021. During the execution of this search warrant, I encountered John Evans, who consented to an interview. Prior to asking any questions, I informed Evans of his *Miranda* rights. Evans stated "I need an attorney" and "I feel like I need one, that would make sense". I did not ask Evans any other questions at this time and explained that I was going to take his devices for further forensic review. Evans began to make unsolicited statements about an unknown person in a room on the Telegram application. I again advised him of his right to an attorney. Evans continued to talk without being asked questions and stated that he was in a chat room and that people "post everything" and that they don't even care. I again

3

reminded Evans of his rights and asked if he was willing to speak with us. Evans stated that he was and provided a written waiver of his *Miranda* rights. Evans made the following post-*Miranda* statements:

    a. Evans stated that he used the Telegram app and that "they post everything" in there to include "all kinds of porn". When asked to expand on "everything", Evans stated that it included videos of "them, animals, kids". When asked again about if "everything" included child pornography, Evans stated "they post it willy-nilly on there". When asked, Evans stated that "they post them in every channel". Evans claimed that he was attempting to find a video of himself being sexually abused. Evans claimed that he utilized his Chromebook to access Telegram.

    b. Evans admitted to using the Jack'd app but couldn't remember his exact user name, but believed his username was JD or some variation.

    c. Evans claimed that a user on Grindr and Jack'd had been messaging him as recently as a month or two ago and had offered to let him "f my son, I want you to f my nephew".

    d. When talking about the sexual exploitation of a live child, Evans denied doing so. Evans stated "I've seen videos, I told you that." And "I've seen videos, yes I have. Have I ever did anything with a child? Hell no." When asked what the youngest video I would find on his phone Evans responded "I don't

      know". Evans further stated "They come in links", to include Telegram links and MEGA links.

    e.    Evans admitted to having a MEGA account. Evans admitted to liking "scat" porn and stated that, in order to get videos, people trade links. When asked, Evans stated that he sometimes traded MEGA links for "scat" porn. When asked if some of the links he traded contained child pornography, Evans initially stated "I don't know" then "some of them do have them in there I'm pretty sure."

7.    Evans declined to provide the password for his iPhone. Following the conclusion of this warrant agents seized three phones and two Chromebooks believed to belong to Evans.

## CONCLUSION

8.    I respectfully submit that there is probable cause to believe that **John David Evans (DOB XX/XX/1990)** violated Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(a)(2), which criminalize, among other things, the possession and receipt of child pornography and other related materials. I request

that the Court authorize the issuance of a criminal complaint and arrest warrant for

**John David Evans.**

Respectfully submitted,

_____
David M. Alley, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
R. Steven Whalen

Date: June 4, 2021

6